UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILOMENA MATOS-CRUZ,

    Plaintiff,

v.                                                          Case No. 6:17-cv-380-Orl-37TBS

JETBLUE AIRWAYS CORPORATION;
ABM AVIATION, INC.,

    Defendants.

## ORDER

On June 26, 2016, Defendant ABM Aviation, Inc. moved to dismiss Plaintiff's initial complaint. (Doc. 12 ("**ABM's MTD**").) The Court later granted ABM's MTD as unopposed due to Plaintiff's failure to respond. (Doc. 18 ("**August 1 Order**").) The August 1 Order also noted that Defendant JetBlue Airways Corporation ("**JetBlue**") had not yet appeared in this action and directed Plaintiff to indicate: (1) whether she had served Jet Blue; and (2) if so, why she had not yet moved for the entry of Clerk's default ("**Show Cause Directive**"). (*Id.* at 3.)

Recognizing the implications of the Show Cause Directive, JetBlue suddenly appeared and moved to dismiss Plaintiff's complaint based on the same grievances espoused in ABM's MTD. (*See* Doc. 20 ("**JetBlue's MTD**").) But there is no operative complaint remaining in this action to dismiss;[1] thus, JetBlue's MTD is due to be denied as

---

[1] Plaintiff was given until August 9, 2017, to file an amended complaint. (Doc. 18, p. 3.)

-1-

moot. Notwithstanding JetBlue's dilatory response, as it has now appeared and indicated its intent to defend this action, the Court will discharge its Show Cause Order.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant JetBlue Airways Corporation's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. 20) is **DENIED AS MOOT**.

2. The portion of the Court's August 1 Order directing Plaintiff to show cause whether it had served JetBlue and, if so, why it had not yet moved for the entry of Clerk's default (Doc. 18, p. 3, ¶ 3) is **DISCHARGED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 3, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record