UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILOMENA MATOS-CRUZ,

    Plaintiff,

v.                                                        Case No. 6:17-cv-380-Orl-37TBS

ABM AVIATION, INC.,

    Defendant.
_____

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Abate. (Doc. 35.) Plaintiff, an elderly resident of Puerto Rico, seeks a forty-five day abatement of this action based on Hurricane Maria's devastating effects to Puerto Rico. (*Id.* at 1.) If granted, parties will then evaluate whether this case can proceed to mediation, as previously scheduled. (*Id.* at 2.)

Given the procedural posture of this action and Plaintiff's extraordinary circumstances, a stay is warranted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Abate (Doc. 36) is **GRANTED**. This case is stayed until **Monday, November 13, 2017**.

2. The parties are **DIRECTED** to file a written status report on or before **Monday, October 30, 2017** as to the status of this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 2, 2017.

-1-



Copies to:
Counsel of Record